JACOB RUBIN et al., Copartners Doing Business as MAX RUBIN & SONS, Respondents, v. 8008 REALTY CORP. et al., Appellants.— Order unanimously

modified by denying the motion to consolidate unless plaintiffs consent to have the consolidated action placed on the nonjury calendar for an early date. In the absence of such a consent, the order is reversed and the motion to consolidate denied. Settle order.on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post,* p. 1007.]